**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: VALERIE A. GULLEY
P.O. BOX 956
ROCKFORD, IL  61105

SSN-xxx-xx-3989

Case Number: 07-71143

Case filed on: 5/10/2007
Plan Confirmed on: 10/19/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,291.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 2,250.00 | 2,250.00 | 427.26 | 0.00 |
|  | Total Legal | 2,250.00 | 2,250.00 | 427.26 | 0.00 |
| 007 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GRANT PARK AUTO | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HARRIS & HARRIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SIMM ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | VALERIE A. GULLEY | 0.00 | 0.00 | 744.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 744.00 | 0.00 |
| 001 | HERITAGE FEDERAL CREDIT UNION | 4,219.05 | 4,219.05 | 194.30 | 225.70 |
| 002 | HERITAGE FEDERAL CREDIT UNION | 3,037.91 | 3,037.91 | 152.29 | 147.71 |
| 003 | HERITAGE FEDERAL CREDIT UNION | 955.78 | 955.78 | 43.45 | 56.55 |
| 004 | HERITAGE FEDERAL CREDIT UNION | 1,938.20 | 1,938.20 | 89.99 | 110.01 |
|  | Total Secured | 10,150.94 | 10,150.94 | 480.03 | 539.97 |
| 001 | HERITAGE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HERITAGE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | HERITAGE FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ALLIED BUSINESS ACCOUNTS INC | 100.00 | 100.00 | 0.00 | 0.00 |
| 008 | CB ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CITIFINANCIAL | 9,402.23 | 9,402.23 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 781.21 | 781.21 | 0.00 | 0.00 |
| 013 | CREDIT PROTECTION ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ENCORE RECEIVABLE MAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ECAST SETTLEMENT CORPORATION | 262.20 | 262.20 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NICOR GAS | 626.59 | 626.59 | 0.00 | 0.00 |
| 020 | OSF | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD MERCANTILE AGENCY INC | 689.98 | 689.98 | 0.00 | 0.00 |
| 022 | ROCK RIVER WATER RECLAMATION | 1,010.88 | 1,010.88 | 0.00 | 0.00 |
| 024 | ROUNDUP FUNDING LLC | 328.90 | 328.90 | 0.00 | 0.00 |
| 025 | UNIVERSITY OF PHOENIX | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 13,201.99 | 13,201.99 | 0.00 | 0.00 |
|  | Grand Total: | 25,602.93 | 25,602.93 | 1,651.29 | 539.97 |

Total Paid Claimant:     $2,191.26
Trustee Allowance:       $99.74
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan